UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESSE JEROME POINTER,
aka Infinite Master Magnetic,

                    Plaintiff

v.

STATE OF NEVADA, *et al*,

                    Defendants

Case No. 2:19-cv-02061-APG-NJK

**ORDER**

## I.    DISCUSSION

Plaintiff, who is currently located at Rawson Neal Psychiatric Hospital, has submitted a civil rights complaint under 42 U.S.C. § 1983. Docket No. 1-1. Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action, no later than **January 9, 2020**. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate.

Further, Plaintiff has set forth different mailing addresses in his filings. Plaintiff shall clarify his mailing address for this civil case no later than **January 9, 2020**.

. . . .

. . . .

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **January 9, 2020**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, no later than **January 9, 2020**, Plaintiff must clarify his mailing address for this civil case.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint, Docket No. 1-1, but will not file it at this time.

IT IS SO ORDERED.

DATED:  December 10, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE